# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> vs. ) <br> ) <br> VICTOR IVAN TIRADO MARTINEZ (1) ) <br> RANDY ALCALA (2) ) <br> EDERMAN EFRAN ARMENTA SANDOVAL (3) ) <br> FELICIANO FRANCISCO ) <br> VASQUEZ BEDOLLA (4) ) <br> JORGE ALBERTO ALVAREZ JIMENEZ (5), ) <br> ) <br> Defendants. ) <br> ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯) | Case No. 12-CR-2975-L <br><br> ORDER AND JUDGMENT GRANTING MOTION TO DISMISS |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in Case No. 12CR2975-L against defendants Victor Ivan Tirado Martinez, Randy Alcala, Ederman Efren Armenta Sandoval, Feliciano Francisco Vasquez Bedolla, and Jorge Alberto Alvarez Jimenez, be dismissed WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED: September 19, 2012

_____
M. James Lorenz
United States District Court Judge